UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Ortiz,

                        Plaintiff,

-against-

Detective Raymond Low, Shield No. 4743;
Detective Xavier Reynoso, Shield No. 1488;
Detective Manuel Cordova, Shield No. 225;
Detective Gregory Carty, Shield No. 2497
(Retired),

                        Defendants.

19-CV-03522 (AJN) (SDA)

ORDER OF SERVICE

**Stewart D. Aaron, United States Magistrate Judge:**

      Plaintiff, currently incarcerated at Auburn Correctional Facility, brings this *pro se* action under 42 U.S.C. § 1983. By order dated May 14, 2019, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. To date, only Detective Gregory Carty has been served. On November 27, 2019, Corporation Counsel of the City of New York provided corrected service addresses for Detectives Raymond Low, Shield No. 4743, Xavier Reynoso, Shield No. 1488 and Manuel Cordova, Shield No. 225. (ECF No. 41.)

      To allow Plaintiff to effect service on Defendants Low, Reynoso and Cordova through the U.S. Marshals Service, the Clerk of Court is instructed to complete U.S. Marshals Service Process Receipt and Return forms ("USM-285 form") for Detectives Low, Reynoso and Cordova using the following addresses:

1. Detective Raymond Low, Shield No. 4743
   Care of Deputy Commissioner, Legal Matters
   New York City Police Department
   One Police Plaza, Room 110C
   New York, NY 10007

2. Detective Xavier Raynoso, Shield No. 1488
   Care of Deputy Commissioner, Legal Matters
   New York City Police Department
   One Police Plaza, Room 110C
   New York, NY 10007

3. Detective Manuel Cordova, Shield No. 225
   Care of Deputy Commissioner, Legal Matters
   New York City Police Department
   One Police Plaza, Room 110C
   New York, NY 10007

The Clerk of Court shall further issue a summons and deliver to the Marshals Service all of the necessary paperwork—including the Complaint (ECF No. 1)—for the Marshals Service to effect service of the entire pleading upon the Defendant.

The Clerk of Court shall mail a copy of this Order to Plaintiff.

**SO ORDERED.**

DATED: New York, New York
December 2, 2019

_____
STEWART D. AARON
United States Magistrate Judge