```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Robert J. Ortiz,<br><br>      Plaintiff,<br><br>-against-<br><br>Detective Raymond Low, et al.,<br><br>      Defendants. | 1:19-cv-3522 (AJN) (SDA)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2019

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during a hearing held before me today, it is ORDERED as follows:

1. Discovery in this case will be stayed pending the outcome of the New York City Police Department administrative trial ("Administrative Trial") which arises from the same allegations asserted herein.

2. The time for Defendant Detective Gregory Carty to appear, answer, or otherwise respond to the Complaint is extended *sine die*.

3. After service is completed upon Defendants Detective Raymond Low, Detective Xavier Reynoso and Detective Manuel Cordova, the Court will entertain applications to extend their time to appear, answer or otherwise respond *sine die*.

4. Counsel for interested party, the City of New York, shall monitor the Administrative Trial and shall advise the Court and *pro se* Plaintiff the outcome as soon as it is determined. However, in any event, and no later than Tuesday, January 7, 2020,

counsel for the City shall write a letter to the Court advising the status of the Administrative Trial.

The Clerk of the Court is instructed to mail a copy of this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
         December 4, 2019

_____
STEWART D. AARON
United States Magistrate Judge