UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                Plaintiff,

        -against-

Police Department of the 25th Precinct, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2020

1:19-cv-03522 (AJN) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the Warden or other official in charge of the Auburn Correctional Facility produce plaintiff Robert Ortiz, DIN No. 18-A-3853, on August 25, 2020, no later than 11:00 a.m., to a suitable location within the Auburn Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel shall: (1) send this Order to the Warden immediately and (2) contact Auburn Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date.

    A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         June 30, 2020

                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge