UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert J. Ortiz,

          Plaintiff,

-against-

Detective Raymond Low, et al.,

          Defendants.



1:19-cv-3522 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the Parties, the Court hereby orders as follows:

(1) the stay of this case is lifted; and (2) Defendants shall answer or move against the

Complaint no later than September 30, 2020.

**SO ORDERED.**

DATED:    New York, New York
               August 25, 2020

                                    _/s/ Stewart D. Aaron_
                                    STEWART D. AARON
                                    United States Magistrate Judge