USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020



| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | ALESSANDRA DECARLO<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2469<br>adecarlo@law.nyc.gov |
|---|---|---|

November 24, 2020

**BY ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The telephone conference is rescheduled to December 3, 2020 at 11:15 a.m. The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.
SO ORDERED.
Dated: 11/24/2020

Re:   Robert Ortiz v. Detective Raymond Low, et al.
      19 CV 3522 (LJL) (SDA)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York and attorney for defendant Detective Gregory Carty in the above-referenced action. Defendant writes to respectfully request that the telephone conference currently scheduled for December 3, 2020 at 11:00 a.m. be rescheduled for December 3, 2020 at 11:15 a.m., if that time is convenient for the Court.

      As Your Honor is aware, as part of the Court's Scheduling Order dated November 4, 2020, the Warden of Auburn Correctional Facility was instructed to facilitate the telephone conference with the Court on December 3rd.

      Today, defendant was informed by Auburn Correctional Facility that the facility cannot make plaintiff available for the currently scheduled conference because the inmates undergo a headcount at that time. The facility expects that plaintiff can still participate in a telephone conference on December 3, 2020, but to begin at 11:15 a.m. so the headcount can be completed.

      Accordingly, in order to accommodate Auburn Correctional Facility, defendant respectfully requests that the Court re-schedule the telephone conference on December 3, 2020 to 11:15 a.m., should this time be convenient for the Court.

- 2 -

Defendant thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ Alessandra DeCarlo*

Alessandra DeCarlo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY FIRST-CLASS MAIL**
Robert J. Ortiz
*Pro se plaintiff*
DIN No. 18-A-3853
Auburn Correctional Facility
135 State Street
P.O. Box 618, Zip 13021
Auburn, NY 13024-9000