**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:**___12/3/2020___

**Robert Ortiz,**

                    **Plaintiff,**

            **-against-**

**Police Department of the 25ᵗʰ Precinct, et al.,**

                    **Defendants.**

**1:19-cv-03522 (LJL) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference with the parties today, the Court hereby orders as follows:

1.     By no later than December 10, 2020, Defendants shall serve upon Plaintiff the "Section 160.50 Release" and medical release forms discussed during today's conference. By no later than 30 days from his receipt of such forms, Plaintiff shall execute and return those forms to Defendants' counsel. Promptly upon receipt of those executed release forms, Defendants shall seek the documents that those forms authorize them to obtain. Within 7 days of Defendants' receipt of those documents, Defendants shall serve copies of them upon Plaintiff.

2.     Plaintiff may serve documents requests on Defendants, who shall respond within the time allotted under the Federal Rules of Civil Procedure.

3.     A telephone conference shall be held on March 3, 2021, at 11:30 a.m. By separate order, the Court shall order the Plaintiff produced for such conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
            December 3, 2020

                                  _____
                                  STEWART D. AARON
                                  United States Magistrate Judge

2