UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                               Plaintiff,

            -against-

Police Department of the 25th Precinct et al.,

                             Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2021

1:19-cv-03522 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

       Following a telephonic conference with the parties today, the Court hereby ORDERS as follows:

       1. During today's telephonic conference, counsel to Defendants Raymond Low, Zavier Reynoso and Manuel Cordova advised the Court that he expects his clients' NYPD administrative trial to conclude by March 9, 2021. Within 48 hours of his receipt of the draft decision issued in connection with that administrative trial, counsel to Defendants Low, Reynosa and Cordova shall file with the Court under seal a copy of that draft decision and serve a copy of that draft decision on Plaintiff. The parties shall keep that draft decision confidential until the issuance of a final decision in connection with that administrative trial, at which point this confidentiality requirement shall lift and the Court will have the draft decision unsealed.

       2. A telephone conference shall be held on Monday, April 26, 2021, at 12:00 p.m. By separate Order, the Court shall order the Plaintiff produced for such conference.

       The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:        New York, New York
              March 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge