UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                Plaintiff,

    -against-

Police Department of the 25th Precinct et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

1:19-cv-03522 (LJL) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that the Warden or other official in charge of the Auburn Correctional Facility produce plaintiff Robert Ortiz, DIN No. 18-A-3853, on Monday, April 26, 2021, at 12:00 p.m., to a suitable location within the Auburn Correctional Facility that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

    Defendants' counsel shall: (1) send this Order to the Warden immediately and (2) contact Auburn Correctional Facility to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date. At the scheduled time, Defendants shall, with Plaintiff on the line, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
March 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge