UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                              Plaintiff,

       -against-

Police Department of the 25th Precinct et al.,

                          Defendants.

1:19-cv-03522 (LJL) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephonic conference with the parties today, the Court hereby ORDERS as follows:

    1.    Counsel to Defendants Raymond Low, Zavier Reynoso and Manuel Cordova shall, within 48 hours of his receipt of the draft decision issued in connection with his clients' NYPD administrative trial, file with the Court under seal a copy of that draft decision and serve a copy of that draft decision on Plaintiff. The parties shall keep that draft decision confidential until the issuance of a final decision in connection with that administrative trial, at which point this confidentiality requirement shall lift and the Court will have the draft decision unsealed.

    2.    A telephone conference shall be held on Thursday, May 27, 2021, at 12:00 p.m. By separate Order, the Court shall order the Plaintiff produced for such conference.

    3.    In the interim, the parties may exchange document discovery.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         April 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge