**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Robert Ortiz,**

**Plaintiff,**

**-against-**

**Police Department of the 25th Precinct et al.,**

**Defendants.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/27/2021___
```

**1:19-cv-03522 (LJL) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference with the parties today, the Court hereby ORDERS as follows:

1.  Counsel to Defendants Raymond Low, Zavier Reynoso and Manuel Cordova shall, within 48 hours of his receipt of the final decision issued in connection with his clients' NYPD administrative trial, file with the Court a copy of that final decision and serve a copy of that final decision on Plaintiff.

2.  No later than Wednesday, June 30, 2021, the parties shall serve any written discovery requests.

3.  If Defendants intend to resend to Plaintiff for execution a New York Criminal Procedure Law Section 160.50 release and/or any authorizations for the release of medical records, they shall do so no later than Wednesday, June 30, 2021.

4.  A telephone conference shall be held on Thursday, August 12, 2021, at 12:00 p.m. By separate Order, the Court shall order the Plaintiff produced for such conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se*

Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
            May 27, 2021

_____
STEWART D. AARON
United States Magistrate Judge