UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                             **Plaintiff,**

        -against-

Police Department of the 25th Precinct et al.,

                             **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2021

1:19-cv-03522 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephonic conference with the parties today, the Court hereby ORDERS as follows:

1. During today's conference, Plaintiff stated that he would be moving to a new correctional facility on Friday, August 20, 2021. Once he does so, he shall promptly inform the Court, via a filing to the ECF docket, of his updated contact information.

2. On Wednesday, September 15, 2021, if Plaintiff has not yet filed his updated contact information to the ECF docket, then the Law Department shall file to the docket a letter identifying Plaintiff's new correctional facility and address.

3. No later than Thursday, September 30, 2021, Plaintiff shall respond to the written discovery that Defendants have served on him to date, including by returning to Defendants an executed version of the New York Criminal Procedure Law Section 160.50 release served on him.

4. A telephone conference shall be held on Thursday, October 7, 2021, at 12:00 p.m. By separate Order, once Plaintiff has arrived at his new correctional facility,

and the ECF docket has been updated, the Court shall order Plaintiff produced for such conference.[1]

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
          August 12, 2021

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge

---

[1] As indicated on the record during today's conference, the October 7 conference may be rescheduled to an earlier date once the final decision issued in connection with the NYPD administrative trial of Defendants Raymond Low, Zavier Reynoso and Manuel Cordova is filed with the Court (pursuant to paragraph 1 of my Order dated May 27, 2021 at ECF No. 90), if counsel has appeared on behalf of Plaintiff—in which case Plaintiff may not need to be produced for the next conference, since counsel would appear at the conference on his behalf.