UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                Plaintiff,

-against-

Police Department of the 25th Precinct et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021
```

1:19-cv-03522 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The formerly *pro se* Plaintiff having recently retained counsel (*see* Not. of Appearance, ECF No. 98), the Court hereby ORDERS, as follows:

1. The telephone conference scheduled for Thursday, October 7, 2021, at 12:00 p.m. shall be counsel-only; Plaintiff need not appear personally. At the scheduled time, counsel shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

2. Counsel to Defendants Raymond Low, Zavier Reynoso and Manuel Cordova is reminded that he shall, within 48 hours of his receipt of the final decision issued in connection with his clients' NYPD administrative trial, file to the ECF docket a copy of that final decision. (*See* Order, ECF No. 90, ¶ 1.)

**SO ORDERED.**

DATED:    New York, New York
               September 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge