UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                Plaintiff,

-against-

Police Department of the 25th Precinct et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2021

1:19-cv-03522 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties this afternoon, the Court hereby ORDERS, as follows:

1. No later than Friday, October 22, 2021, the parties shall meet and confer and then file a joint letter proposing a deadline for amended pleadings and a discovery schedule.

2. Counsel to Defendants Raymond Low, Zavier Reynoso and Manuel Cordova is reminded that he shall, within 48 hours of his receipt of the final decision issued in connection with his clients' NYPD administrative trial, file to the ECF docket a copy of that final decision. (*See* Order, ECF No. 90, ¶ 1.)

SO ORDERED.

Dated:    New York, New York
            October 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge