```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                          Plaintiff,

      -against-

Police Department of the 25th Precinct et al.,

                          Defendants.

1:19-cv-03522 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on April 26, 2022, at 3:00 p.m. to discuss the letter filed by the City Defendants at ECF No. 113. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:       New York, New York
             April 18, 2022

                                                  /s/ Stewart D. Aaron
                                                  STEWART D. AARON
                                                  United States Magistrate Judge