
**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

KATHERINE J. WEALL
*Senior Counsel*
Phone: (212) 356-5055
Fax: (212) 356-3509
Mobile: (646) 370-0051
Email: kweall@law.nyc.gov

June 29, 2022

<u>**VIA ECF**</u>
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2022
</pre>

Re: <u>Robert J. Ortiz v. Police Department of the 25th Precinct, et al.</u>,
19 Civ. 3522 (LJL) (SDA)

Your Honor:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants the New York Police Department, the New York Police Department 25th Precinct, Carty, Cordova, Low, and Reynoso ("defendants") in the above-referenced case. Defendants write with the consent of plaintiff to respectfully request an adjournment of the conference currently scheduled for July 15, 2022 at 11:00 a.m. This is defendants' first request for an adjournment of this conference, and it is not expected to conflict with any deadlines in this case.

    Defendants respectfully make this request as the undersigned is scheduled to be in trial the week of July 11, 2022 before the Hon. William F. Kuntz in the Eastern District of New York in the matter captioned <u>Woolfolk v. Baldofsky</u>, 19-cv-3815 (WFK)(SLT).

    Defendants have conferred with plaintiff, and the parties are available for an adjourned conference on either August 1, 2022 or August 4, 2022, preferably after 12:00 p.m.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ Katherine J. Weall*
Katherine J. Weall
Senior Counsel
Special Federal Litigation Division

CC: Christopher J. Cassar, Esq. (VIA ECF)
*Attorney for Plaintiff*

Request GRANTED IN PART and DENIED IN PART. It is hereby ORDERED as follows:
1. The telephone conference currently scheduled for July 15, 2022, at 11:00 a.m. is canceled.
2. No later than July 15, 2022, the parties shall file a joint letter setting forth the following:
    a. Plaintiff's counsel shall explain why they failed to appear for Plaintiff's deposition on June 23, 2022.
    b. The parties shall set forth a mutually agreeable date prior to August 31, 2022, for Plaintiff's deposition to proceed.
    c. The parties shall attach a proposed form of Order to Produce Inmate for Deposition.

SO ORDERED.
Dated: June 30, 2022