UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ROBERT ORTIZ,

                                Plaintiff,

      -against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE DEPARTMENT OF THE 25TH PRECINCT, DETECTIVE RAYMOND LOW, in his individual and official capacities, DETECTIVE XAVIER REYNOSO, in his individual and official capacities, DETECTIVE MANUEL CORDOVA, in his individual and official capacities, DETECTIVE GREGORY CARTY, in his individual and official capacities,

                                Defendants.
------------------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 08/04/2022

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

19 Civ. 3522 (LJL)(SDA)

**THE HONORABLE STEWART D. AARON, United States Magistrate Judge:**

       Upon the application of Defendants for leave to take the deposition of Plaintiff Robert Ortiz (DIN 18A3853), an inmate currently detained at Sing Sing Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Sing Sing Correctional Facility at the New York State Department of Corrections and Community Supervision produce inmate Robert Ortiz (DIN 18A3853) within Sing Sing Correctional Facility for the taking of his deposition by video teleconferencing **on September 1, 2022 commencing at 1:00 P.M.,** and for so long thereafter as the deposition continues; (2) Plaintiff Robert Ortiz (DIN 18A3853) appears in such place as designated by the Warden or other official in charge of the Sing Sing Correctional Facility so that his deposition may be taken; and (3) that also present at the

deposition will be a court reporter to be designated by Defendants as well as the attorneys for Defendants.

Dated: New York, New York
     August 4, 2022

SO ORDERED

/s/ Stewart D. Aaron

HON. STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE