```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ROBERT J. ORTIZ,                                                 :
:
              Plaintiff,                                         :
:                    19-cv-3522 (LJL)
     -v-                                                         :
:                         ORDER
POLICE DEPARTMENT OF THE 25TH PRECINCT, et                       :
al.,                                                             :
:
              Defendants.                                        :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that discovery is closed in this case.  The Court will hold a telephonic post-discovery status conference on September 13, 2022 at 12:30 p.m.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  In advance of the conference, the parties shall file a joint letter updating the Court of the status of settlement negotiations and any intention to move for summary judgment.

      SO ORDERED.

Dated: September 6, 2022
      New York, New York
                                                      LEWIS J. LIMAN
                                            United States District Judge