UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Ortiz,

                           Plaintiff,

        -against-

Police Department of the 25th Precinct et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2022

1:19-cv-03522 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

        This matter has been referred to the undersigned for general pretrial, including settlement. (*See* ECF No. 8.) The Court is in receipt of the parties' joint letter filed at ECF No. 135 requesting a settlement conference before the undersigned.

        No later than Friday, September 16, 2022, the parties shall jointly submit, via email, three (3) mutually agreeable dates when all parties and counsel are available to have the settlement conference. The email should indicate whether the parties are available in the morning or afternoon (or both) for the selected dates.

        The parties should consult Judge Aaron's Settlement Conference Procedures, available on the S.D.N.Y. website, for the attendance requirements for the settlement conference.

**SO ORDERED.**

Dated:       New York, New York
                September 14, 2022

                                                        _/s/ Stewart D. Aaron_____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge